IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICO AUBREY,

    Petitioner,                           No. CIV S-12-0108 DAD P

    vs.

MICHAEL MARTEL,

    Respondent.                      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). On January 13, 2012, petitioner filed a letter to the Clerk of the Court advising that he had requested that the $5.00 filing fee be paid from his prison trust account. No filing fee has been received. Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: February 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
aubr0108.101a